United States District Court
Southern District of Texas
**ENTERED**
June 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ASHLEY GUILLARD,** § | |
| § | |
| *Plaintiff,* § | |
| VS. § | CIVIL ACTION NO. 4:23-cv-02013 |
| § | |
| **SHF 1 METRO AT GREENWAY LLC,** § | |
| et al., § | |
| § | |
| *Defendants.* § | |

# FINAL JUDGMENT

Plaintiff Ashley Guillard brought this suit against Defendants Nationwide Complaint, LLC; SHF 1 Metro at Greenway, LLC; and Simpson Housing, LLP (collectively, "Defendants"). Defendants filed Motions to Dismiss Plaintiff's First Amended Complaint. ECF Nos. 30, 31. The Court granted these motions and dismissed all of Plaintiff's claims with prejudice in a hearing on June 4, 2024.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 4th of June, 2024.

.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE