

United States Courts
Southern District of Texas
FILED

JUN 10 2024

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## OFFICE OF THE CLERK

UNITED STATES OF AMERICA §
§
§
v. § ACTION NO. __4:23-cv-02013__
§
§
__ASHLEY GUILLARD__ §

## NOTICE OF APPEAL

Notice is hereby given that __ASHLEY GUILLARD__ appeals to the:

__X__ United States Court of Appeals for the Fifth Circuit

____ United States District Court for the Southern District of Texas

from the:

____ Conviction Only

____ Conviction and Sentence

____ Sentence Only

__X__ Order (Docket Number __37__) entered in this action on __JUNE 5__, __2024__.
(month and date)   (year)

__ASHLEY GUILLARD PRO-SE__
COUNSEL FOR APPELLANT

ADDRESS AND PHONE: __3262 WESTHEIMER RD__
__942__
__HOUSTON TX 77098__

JUNE 10, 2024

DATE

## CERTIFICATE OF SERVICE

A true and correct copy of this Notice of Appeal has been conveyed to counsel for Appellee this __10__ day of __JUNE__, __2024__, by: ____ mail __X__ electronic filing on CM/ECF.

SIGNED: _Ashley Guillard_