**TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court __SOUTHERN DISTRICT OF TEXAS__   District Court Docket No. __37__
Short Case Title __ASHLEY GUILLARD VS. SHF 1 METRO AT GREENWAY LLC, ET AL.__
**ONLY ONE COURT REPORTER PER FORM** Court Reporter __GAYLE DYE__

Date Notice of Appeal Filed in the District Court __JUNE 10, 2024__   Court of Appeals No. __FIFTH CIRCUIT__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☐ Transcript is already on file in the Clerk's Office
**OR**
**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| JUNE 4, 2024 | MOTION HEARING | KEITH P. ELLISON |
| | | |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.
**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☑ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature __/s/ Ashley Guillard__   Date Transcript Ordered __JUNE 10, 2024__
Print Name __ASHLEY GUILLARD__   Phone __337-372-3181__
Counsel for __ASHLEY GUILLARD PRO-SE__
Address __3262 WESTHEIMER RD., 942, HOUSTON TX 77098__
Email of Attorney: __MSASHLEYJT@GMAIL.COM__

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____ Signature of Reporter _____

*Filed stamp: United States Courts, Southern District of Texas, FILED JUN 10 2024, Nathan Ochsner, Clerk of Court*