```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF TEXAS

 3                       HOUSTON DIVISION

 4   ASHLEY GUILLARD,                    .
                                         .
 5               Plaintiff,              .
                                         .  Civil Action
 6   VS.                                 .  No. H-23-CV-2013
                                         .
 7   SHF 1 METRO AT GREENWAY, LLC,       .  Houston, Texas
     SIMPSON HOUSING, LLP,               .  June 4, 2024
 8   NATIONWIDE COMPLIANT, LLC, and      .  2:32 p.m.
     JUDGE DAVID PATRONELLA,             .
 9                                       .
                 Defendants.             .
10   . . . . . . . . . . . . . . . . . .

11           TRANSCRIPT OF PROCEEDINGS (HELD REMOTELY)
                BEFORE THE HONORABLE KEITH P. ELLISON
12              MOTION HEARING HELD BY TELEPHONE

13   APPEARANCES:

14   FOR THE PLAINTIFF:

15           Ms. Ashley Guillard
             PRO SE
16           3262 Westheimer Road
             #942
17           Houston, Texas 77098
             337.372.3181
18           msashleyjt@gmail.com

19   FOR THE DEFENDANTS SHF 1 METRO AT GREENWAY, LLC, and SIMPSON
         HOUSING, LLP:
20
             Mr. Andrew Rodriguez
21           DONATO BROWN POOL & MOEHLMANN
             3200 Southwest Freeway
22           Suite 2300
             Houston, Texas 77027-7525
23           713.877.1112
             FAX:  713.877.1138
24           arodriguez@donatobrown.com

25     PROCEEDINGS RECORDED BY STENOGRAPHIC MEANS (HELD REMOTELY),
        TRANSCRIPT PRODUCED FROM COMPUTER-AIDED TRANSCRIPTION
```

Gayle Dye, CSR, RDR, CRR - 713.250.5582

```
 1                          APPEARANCES

 2                          (continued)

 3   FOR THE DEFENDANT NATIONWIDE COMPLIANT, LLC:

 4           Mr. Noah M. Horwitz
             Mr. John William Petrelli
 5           MORGAN, LEWIS & BOCKIUS, LLP
             1000 Louisiana
 6           Suite 4000
             Houston, Texas   77002
 7           713.890.5474
             713.890.5000
 8           john.petrelli@morganlewis.com
             noah.horwitz@morganlewis.com
 9

10

11

12

13

14   COURT REPORTER:

15           GAYLE L. DYE, CSR, RDR, CRR
             515 Rusk, Room 8004
16           Houston, Texas   77002
             713.250.5582
17

18

19

20

21

22

23

24

25
```

```
 1                      PROCEEDINGS
 2                      June 4, 2024
 3           THE COURT:  Good afternoon and welcome.  This is Keith
 4  Ellison.  We're on the record in Guillard versus SHF.
 5                 We'll take appearances of counsel and the
 6  parties, as the case may be, beginning with Guillard.
 7      (No response.)
 8           THE COURT:  Are you there, sir?
 9      (No response.)
10           THE COURT:  Ma'am, are you there?
11           MS. GUILLARD:  Yes.
12           THE COURT:  Thank you.  Welcome to you, Ms. Guillard.
13           MS. GUILLARD:  Thank you.
14           THE COURT:  For defendants?
15           MR. HORWITZ:  Good afternoon, your Honor.  Noah M.
16  Horwitz and John Petrelli of Morgan, Lewis, and Bockius, LLP,
17  for the defendant, Nationwide Compliant, LLC.
18           MR. RODRIGUEZ:  Good afternoon, your Honor.  Good
19  afternoon, your Honor.  I'm sorry to interrupt you.  This is
20  Andrew Rodriguez.  I'm counsel for "F" -- excuse me, SHF 1 Metro
21  at Greenway and Simpson Housing, LLP.
22           THE COURT:  Welcome to you, too.  We're here on a
23  motion to dismiss from defendants.  I've read the papers.  Do
24  the defendants wish to add anything to the papers?
25           MR. HORWITZ:  Yes, your Honor.
```

Time stamps: 02:32:48 (line 5), 02:33:02 (line 10), 02:33:11 (line 15), 02:33:26 (line 20), 02:33:44 (line 25)

1          THE COURT:  Please identify yourself.  Please identify

2     yourself.

3          MR. HORWITZ:  Sorry, your Honor.  This is Noah M.

4     Horwitz for Nationwide Compliant, LLC.  If I may briefly, your

02:34:05    5     Honor?

6          THE COURT:  Yes.  Please go ahead.

7          MR. HORWITZ:  Thank you, your Honor.  NWC just wants

8     to reiterate a few of the main points:  that plaintiff's motion

9     should be dismissed for two reasons:  first, because she

02:34:16    10    attempts to relitigate claims that are inextricably intertwined

11    with her eviction which was litigated in Harris County court and

12    this Court lacked subject matter jurisdiction under the

13    *Rooker-Feldman* doctrine.

14          Second, in the alternative, if the Court

02:34:32    15    dismissed her claim -- or if it does not dismiss for

16    jurisdictional reasons, it should be dismissed under Rule

17    12(b)(6) for failure to state a claim upon which relief may be

18    granted because all of plaintiff's causes of action are either

19    illegally invalid or they are conclusory.

02:34:51    20          But should the Court dismiss, NWC respectfully

21    submits that dismissal should be with prejudice because this

22    Court's precedent says that leave to amend after jurisdictional

23    dismissal is futile because, even if dismissal is on Rule

24    12(b)(6), there is a repeated failure to cure deficiencies.

02:35:13    25    Causes of action are legally invalid and not just insufficiently

1    detached.

2              On the *Rooker-Feldman* doctrine, your Honor, there

3    has been consistent applications of eviction cases dressed up as

4    civil rights cases in federal court; and that is the *Alexander*

02:35:28   5    case before Judge Eskridge which is cited on page 12 of our

6    opening brief; the *Gonzalez* case before Judge Miller, which is

7    also on page 12 of our opening brief.

8              Additionally, this Court's precedent in *Thomas v.*

9    *Keyes* is salient.  In *Thomas* a prisoner was convicted of a crime

02:35:47   10   in the Harris County District Court.  He appealed it.  The First

11   District Court of Appeals in Houston and then Justice Evelyn

12   Keyes affirmed his conviction.

13             Thomas then sued Justice Keyes in this Court

14   under 1983 and sought $1 million in damages.  This Court

02:36:09   15   dismissed Thomas's suit saying that *Rooker-Feldman* applied and

16   that he was trying to relitigate issues that were inextricably

17   intertwined with his conviction.

18             Now, in plaintiff's response brief, she argues

19   that she is not seeking to go back to her apartment; that under

02:36:28   20   the *Thomas* precedent that is immaterial.  Thomas did not file a

21   writ of habeas corpus in this Court.  He sought money damages

22   under 1983, and the Court said that that's inextricably

23   intertwined with the issues in his conviction.  And so, too, is

24   the issue here.

02:36:46   25             Even if the plaintiff does not wish to return to

Gayle Dye, CSR, RDR, CRR - 713.250.5582

02:37:04

1  her apartment, she is seeking to relitigate issues that relate
2  to her eviction, where she litigated in the justice court.  She
3  litigated in the county court.  She could have appealed to the
4  First or Fourteenth Court of Appeals.  She did not.  If that
5  appeal had not gone well, she could have appealed to the Texas
6  Supreme Court; and she did not.  This is the exact type of
7  relitigation that *Rooker-Feldman* is aimed at preventing.

8          Plaintiff also makes the argument that there is a
9  so-called fraud exception to *Rooker-Feldman*.  She cites, among

02:37:21

10  others, the *Long* case out of the Seventh Circuit; but that case
11  was functionally overruled by the Seventh Circuit itself.  And
12  that is the *Hadzi-Tanovic v. Johnson* case, which is on page 14,
13  Footnote 11 of our brief.  In any case, no Fifth Circuit fraud
14  exception has ever been recognized to *Rooker-Feldman*.  And that

02:37:45

15  is the *Truong* case from page 4 of the reply.

16          As for the plaintiff's arguments under Section
17  1985 and Section 1986, these require a racial animus or other
18  prejudice, quote, characterized by some inherited or immutable
19  characteristics or those characterized by political belief or

02:38:04

20  association.

21          The Courts have held that economic classes are
22  not sufficient under this.  The *Earnest* case from the Fifth
23  Circuit said that poor tenants are not an economic class under
24  Section 1985.  The *Maki* case from the Sixth Circuit has held the

02:38:18

25  same for tenants.  The *Carchman* case from the Third Circuit has

1  held the same for tenant organizers.  There is also precedent

2  that holds that if there's no valid 1985 case, there's no valid

3  1986 case.

4           As for the plaintiff's ten causes of action under

5  Section 1983, she makes the admission on page 20 of her response

6  that she does not allege any sort of respondeat superior

7  liability against NWC; and thus, under both the *Harris* case we

8  cite on page 17 of our opening brief from Judge Brown, as well

9  as the *Callaway* case on the same page that cites the rule, that

10 every circuit to visit this matter, the *Monell* framework

11 applies.

12           To be sure, the plaintiff argues that *Monell*

13 applies to municipal corporations, which it does in the context

14 of that case; but in *Harris* and *Callaway*, that framework has

15 applied to a private corporation to the extent that it can be

16 held cognizable as a defendant under Section 1983.

17           *Monell* requires a policy maker, a policy maker

18 who promulgated the policy, and a constitutional violation whose

19 moving force was the policy promulgated by the policy maker.

20 Plaintiff has pleaded none of those.

21           Moreover, she alleges in some of her causes of

22 action under 1983 constitutional violations for alleged

23 insufficient service of process.  But that, going back to an

24 opinion offered by Justice Holmes, is not a due process

25 violation; and that's the *Cherry* case on page 18 of our opening

1  brief.

2           Moreover, in the facts of this case, there were

3  two eviction proceedings; but the first eviction was ultimately

4  dismissed for want of prosecution; and the plaintiff was

02:40:07  5  ultimately not removed from her apartment because of the first

6  eviction.

7           The first eviction proceeding was the only one

8  where she alleged insufficient service of process.  And so, the

9  only eviction that actually resulted in her eviction, there was

02:40:18  10  no argument that service of process was insufficient.  She

11  generally appeared, and she litigated twice.

12           As for the perturbative allegation that NWC

13  bribed the judge, that is not entitled to --

14           THE COURT REPORTER:  I'm sorry.  I could not

15  understand you.  I could not understand what you said.

16           MR. HORWITZ:  I'm so sorry.

17           As for the perturbative allegation that NWC

18  bribed the judge, that is not entitled to the plausibility

19  standard under *Iqbal*.  The *Lynch* case, which we cite on page 6

02:40:48  20  of our reply brief, holds that bald allegations that a

21  conspiracy existed are insufficient; and that is what is the

22  case here.

23           Plaintiff makes one allegation under Section

24  1681n, which is a credit reporting statute.  There, on paragraph

02:41:06  25  62 of the plaintiff's first amended complaint, she alleges that

1  NWC is a furnisher of information.  She makes no argument that
2  NWC is a credit reporting agency in the first instance.  And so,
3  because of that, the terms of the statute plainly say that
4  Section 1681n does not apply to NWC because it does not apply to
02:41:23  5  furnishers.
6          The *Rios* case, which we cite on page 20 of our
7  opening brief, holds that, generally, no cause of action exists
8  against furnishers.  Now, there is a different part of the
9  statute, to be sure, Subsection s-2 of 1681, that says there is
02:41:45  10  a limited private cause of action to a furnisher.  But that only
11  occurs if the furnisher is notified of a consumer's conduct of
12  the credit reporting agency.  There is absolutely no allegation
13  of this.
14          Lastly, the plaintiff makes three state causes of
02:42:01  15  action.  First, she alleges breach of contract against NWC.  But
16  there was no contract between plaintiff and NWC.  In her
17  response brief, she says that NWC is an affiliate of Metro
18  Greenway, the landlord; but she pleads no allegation that would
19  cause for NWC's relationship for Metro Greenway to come under
02:42:25  20  any cognizable theory by alterego or joint enterprise theory.
21          Plaintiff pleads a cause of action for
22  intentional infliction of emotional distress; but under the
23  Fifth Circuit's precedent under *Tubbs,* and other cases, that is
24  a gap-filler tort.
02:42:38  25          So, what the Fifth Circuit --

1          THE COURT:  I know that.  I know that.

2          MR. HORWITZ:  I apologize, your Honor.

3              Lastly, the plaintiff makes a defamation

4     argument.  And all of the allegations against NWC stem from

02:42:53   5     judicial proceedings in the justice court or the county court.

6     So, even by those allegations, there is clear judicial

7     proceeding immunity.

8              For those reasons, NWC respectfully requests this

9     Court grant its motion to dismiss.

02:43:07   10             NWC also requests that the Court do the dismissal

11     with prejudice because this Court says leave to amend after

12     jurisdictional dismissal is futile.  And that's the *Taylor* case

13     on page 23 of our opening brief.

14             Even if the Court dismisses under Rule 12(b)(6),

02:43:23   15     there is repeated failure to cure deficiency.  Causes of action

16     are legally invalid, not just insufficiently detailed.  And this

17     Court has dismissed with prejudice even after one chance to

18     replead.  And that is the --

19          THE COURT:  Yeah, yeah.  I'm aware of that.  I'm aware

02:43:37   20     of that.

21          MR. HORWITZ:  Thank you, your Honor.

22          THE COURT:  Okay.  Thank you very much.

23              Does the other defendant want to say anything?

24          MR. RODRIGUEZ:  Yes, your Honor.  Counsel for Metro at

02:43:52   25     Greenway and Simpson Housing, Andrew Rodriguez.

1        I'd like to reiterate some of the points that
2   were made by Counsel Horwitz with regard to the invalidity and
3   some of the claims -- the legal invalidity of the claims, the
4   constitutional claims being made against Metro and Simpson,
02:44:07   5   those being made under Section 1983, Section 1985, and Section
6   1986.
7        Clearly, plaintiff's pleadings lack a crucial
8   element here given that we're -- you know, the defendants here
9   are private citizens and not state actors, have not acted under
02:44:27  10   the color of law.
11        Initially, the suit included, as you're quite
12   aware, Judge David Petronella and also alleged a conspiracy
13   between all the defendants.  Since then, as the Court is also
14   aware, it's dismissed Judge Petronella on the basis of judicial
02:44:51  15   immunity, meaning there can be no conspiracy with a state actor.
16        There have been no allegations to show that
17   Simpson or Greenway are state actors or acted under the color of
18   law by plaintiff.  It cannot be shown; and therefore, those
19   claims ought to be dismissed.
02:45:03  20        With regard to the additional claims that are
21   being made -- moving on to the false credit reporting claim
22   under Section 1681n, as a matter of law, the eviction proceeding
23   has already occurred; and plaintiff was evicted from the unit.
24   Therefore, the eviction and any sort of reporting for that sort
02:45:28  25   of eviction is valid and is appropriate.

1             And then, finally, moving on to the claims for

2    breach of contract, intentional infliction of emotional

3    distress, and defamation of character, plaintiff's claims do not

4    meet the level that the pleadings requirements require by

5    12(b)(6) in that they do not arise beyond speculative level.

6    The facts that have been pled do not bring the claim above a

7    speculative level.

8             First, beginning with the breach of contract,

9    obviously, there was a lease agreement between the defendants

10   that I represent and plaintiff.  However, plaintiff is the one

11   that actually failed to adhere to the requirements of the

12   contract by paying rent timely.

13            Plaintiff was given notice and given an

14   opportunity to cure that, and plaintiff refused to do so.  And

15   the eviction proceedings, again, occurred, as you're aware; and

16   the judgment was rendered based on the information that was

17   available at that time.  So, therefore, that claim fails to

18   state -- excuse me.  That is a failure to state a claim for

19   which relief could be granted.

20            As far as the defamation of character claim,

21   there has been no publication by any defendant of any sort of

22   defamatory statement with regard to plaintiff.  That claim also

23   fails to state any sort of relief which could be granted, and

24   the same goes for the claim for intentional infliction of

25   emotional distress, your Honor.

1        There's no evidence and there's no pleadings of

2   specific facts.  We've got threadbare allegations with regard to

3   this claim at best regarding defendant's actions, whether they

4   acted intentionally or whether there was any sort of extreme or

02:47:22  5   outrageous conduct that caused plaintiff any sort of emotional

6   distress.

7        Any emotional distress claimed in plaintiff's

8   pleadings is not the result of any conduct -- intentional

9   conduct or reckless conduct on the part of Simpson or Metro at

02:47:34  10   Greenway.

11        And then, finally, your Honor, I'd add that there

12   occasionally have been references to a minor's claims against

13   Simpson and Greenway.  The minor was not properly added to this

14   lawsuit.  It's not a proper party to this lawsuit; and

02:47:56  15   therefore, any claims that are being discussed or referred to in

16   plaintiff's pleadings with regard to the minor's rights are

17   moot.

18        So, with that, your Honor, we -- we conclude our

19   arguments asking this Court to dismiss plaintiff's claims

02:48:13  20   against Simpson and Greenway with prejudice.

21        THE COURT:  Thank you.

22        Ms. Guillard, would you like to respond?

23        MS. GUILLARD:  Hi.  Thank you.

24        None of their arguments added any value to their

02:48:27  25   pleadings.  They've already said everything that they've

Gayle Dye, CSR, RDR, CRR - 713.250.5582

14

1   mentioned in the briefs.  I don't have any reason to add any

2   rebuttal other than the fact that -- reiterating that they're

3   trying to shift the narrative to the eviction instead of what

4   this complaint is about, which is the intentional violation of

02:48:43   5   my federal rights.

6           Other than that, nothing they said is different

7   from what has already been stated and responded to.

8           THE COURT:  We can go through these one by one.  But

9   your claims for relief do generally seem to suffer from defects

02:49:05   10   that are hard to surmount.  You failed to allege racial animus

11   or any other invidious class-based discrimination on -- as to

12   the defendant's alleged conspiracy.  That's required under 42

13   USC 1985.

14           And liability under 42 USC 1986 is derivative of

02:49:32   15   liability under 1985.  So, that claim fails, too.  And the 1983

16   claims, you don't -- you don't allege any non-speculative facts

17   showing an agreement between the judge and defendants.  At least

18   I couldn't find one.

19           On the Fair Credit Reporting Act claim, you don't

02:49:58   20   allege that defendants received notice of the dispute from a

21   credit reporting agency.  It's required as a particular duty

22   under the FCRA.

23           MS. GUILLARD:  I believe I did submit that.  I did put

24   in my complaint that I notified them of that, and they just did

02:50:16   25   not fix it.  The leasing office, I did notify them.

Gayle Dye, CSR, RDR, CRR - 713.250.5582

1          THE COURT:  Do the defendants want to speak to that?

2          MR. RODRIGUEZ:  I'm sorry.  Could you be more clear as

3   to --

4          THE COURT REPORTER:  I'm sorry.  Who's speaking?

02:50:34   5   Who's speaking?

6          THE COURT:  Who's speaking, please?  Who's speaking?

7          MR. RODRIGUEZ:  I'm sorry.  This is Andrew Rodriguez

8   on behalf of Simpson and Greenway.

9              I was requesting more clarity on the statement.

02:50:44   10          MS. GUILLARD:  I did put in the complaint that I

11   notified -- I notified the leasing office of -- go ahead.  I'm

12   sorry.

13          THE COURT:  Whom did you notify?

14          MS. GUILLARD:  The leasing office.  The manager.

02:51:05   15          THE COURT:  Do you allege that the defendants received

16   notice of a dispute from a credit reporting agency?

17          MS. GUILLARD:  Yes.

18          THE COURT:  Where is that in your complaint?

19          MS. GUILLARD:  Let me look at the page number.

02:51:53   20          MR. HORWITZ:  Your Honor, this is Noah Horwitz.  If I

21   may respond on this point briefly?

22          THE COURT:  Yes, you may.

23          MR. HORWITZ:  Thank you, your Honor.

24              Your Honor, on page 20 of plaintiff's first

02:52:01   25   amended complaint, she pleads that she notified Metro at

1    Greenway Apartments, Nationwide Compliant, and Simpson Housing

2    that frivolous default -- that eviction judgments regarding the

3    cause number were inaccurately being reported on her consumer

4    report.

02:52:16    5              This is different than the requirement that

6    Subsection s-2 imposes upon furnishers.  There is no allegation

7    that the plaintiff had initiated any sort of dispute with the

8    credit reporting agency or that the credit reporting agency had

9    provided any sort of notice to the furnishers.

02:52:40   10              THE COURT:  Thank you.

11              I'm afraid it's just not there, Ms. Guillard.

12              MS. GUILLARD:  I'm sorry?

13              THE COURT:  I empathize with your situation.  I really

14    do.  I think your -- an eviction is one of life's most searing

02:53:15   15    experiences to live through, and I'm sorry you had to face that.

16              But the law in this area is very specific and

17    very nuanced.  And even a lawyer would not try to undertake this

18    kind of litigation by himself or herself, they would have to

19    hire some specialist in the area.  I think it's very hard for a

02:53:39   20    pro se plaintiff to find her way in this fairly convoluted area.

21              I have great sympathy, but I don't think I have

22    any legal relief to offer you.

23              MS. GUILLARD:  I disagree.

24              THE COURT:  Okay.  Well, tell me where I'm wrong.

02:53:57   25              MS. GUILLARD:  They violate -- there seems to be some

1    sort of confusion regarding what this is about.  They literally

2    conspired to get funds from a federal program by filing false

3    eviction.  I fail to see how that's not -- that doesn't rise to

4    a conspiracy complaint against them.

02:54:19   5              That's the intent --

6              THE COURT:  Well --

7              MS. GUILLARD:  -- that's the mere intent of the 1985

8    claim.  It was invented to prevent the states from violating

9    constitutional rights for profit.

02:54:32   10             THE COURT:  What class-based discrimination did you

11   suffer?  What -- are you a minority I simply haven't recognized

12   yet?  Or are you Native American or black or -- I don't see a

13   race-based animus in any of the pleadings.

14             MS. GUILLARD:  The class-based animus is -- if there

02:55:01   15   had to be a class-based animus, it would be tenants because they

16   violated tenant rights.  I don't believe that they violated my

17   rights because I'm black, or I don't have any evidence of that.

18   But they did violate the rights of the tenant on several

19   occasions.

02:55:14   20             THE COURT:  I don't believe that's been recognized as

21   a class that is subject to the reasons of the --

22             MS. GUILLARD:  Working class -- working class

23   citizens.

24             THE COURT:  Say it again, please.

02:55:30   25             MS. GUILLARD:  Working class citizens.

1          THE COURT:  Well, I think working class citizens are

2     present in most lawsuits.  I don't think any court of appeal or

3     Supreme Court has recognized that as a launchpad for a 1985

4     action.

02:55:56     5          MS. GUILLARD:  Maybe they will this time.

6          THE COURT:  Sorry?

7          MS. GUILLARD:  Maybe they will this time.

8          THE COURT:  Well, you certainly -- you're certainly

9     entitled to appeal.  You certainly are.  And I certainly

02:56:12    10     wouldn't do anything to stop you.  I just will say you're --

11     you've picked some very unlikely claims to go through the court

12     of appeals.  I would urge you to, at least, think about the cost

13     benefit ratio here.  I don't think you're going to get any

14     relief from the appellate court.

02:56:31    15          And I can only imagine how much time this is

16     taking you.  Your papers are entirely competent.  I've read lots

17     of pro se efforts in 25 years on the bench, and yours is one of

18     the better ones.  But as I say, the rules in this area are

19     strict; and the facts, as I understand them, do not limit

02:56:54    20     themselves to the claims of -- claims for relief that you

21     allege.  Maybe well should be.  Maybe one day they will be.

22          But I don't believe the law has caught up with

23     you yet, Ms. Guillard.

24          MS. GUILLARD:  Okay.

02:57:15    25          THE COURT:  I do offer great empathy.  Losing my house

1    would be devastating.  I think anyone losing their house --

2          MS. GUILLARD:  This is not just about losing a house.

3    It's about unjustifiably losing.  Housing has never been an

4    issue for me.  I've never had an eviction on my record until

02:57:32  5    dealing with these people.  It's about the clear violation of my

6    rights for them to make money.

7          And then, when I told them about it, they refused

8    to do anything about it.  They refused to take accountability.

9    They didn't even want to correct their error.  Even when I told

02:57:45  10   them that my report was stating that I had an eviction and I was

11   never evicted, never informed of an eviction, they laughed about

12   it instead of correcting it.

13         So, I was left with no other choice but to file a

14   cause of action against them.

02:57:59  15         THE COURT:  Has anybody recommended --

16         MR. GUILLARD:  It's not -- huh?

17         THE COURT:  Has anybody recommended to you the Houston

18   Volunteer Lawyers Program, Ms. Guillard?

19         MS. GUILLARD:  To get what?

02:58:06  20         THE COURT:  The Houston Volunteer Lawyers Program?

21   It's an organization that provides free legal help to litigants

22   who need it.  Has anybody recommended that to you?

23         MR. GUILLARD:  No.

24         THE COURT:  Let me give you their phone number.  If

02:58:26  25   so, if you want to, you'll be able to get in contact.  I'm not

1   promising they'll take your case.  But they'll, at least,

2   explain to you the reasons for taking it or not taking it.  The

3   number is (713) 228-0735.

4           MS. GUILLARD:  Did you say 628.0735?

02:58:45   5           THE COURT:  I'll read it again:  (713) 228-0735.

6           MS. GUILLARD:  Thank you.

7           THE COURT:  Are you currently employed, ma'am?

8           MS. GUILLARD:  I work for myself.

9           THE COURT:  You're self-employed, you say?

02:59:04   10          MS. GUILLARD:  Yes.

11          THE COURT:  Well, don't you think it would make more

12  sense to start over and get a new apartment with a new landlord

13  and go from there?

14          MS. GUILLARD:  No.  Someone -- I have a daily rental

02:59:22   15  where I pay $80 a day from an Airbnb.  They gave me a lower rate

16  considering the circumstances.

17          THE COURT:  Is that working out okay?

18          MS. GUILLARD:  I mean this is temporary.

19          THE COURT:  Well, you mentioned your son in the

02:59:47   20  pleadings.  But you understand he's not a part of this lawsuit,

21  don't you?

22          MS. GUILLARD:  Yes.  But intentional infliction of

23  emotional distress and also --

24          THE COURT REPORTER:  I'm sorry.  Ma'am, I could not

25  understand -- ma'am, you're talking too fast.

1          MS. GUILLARD:  And that's just based on --

2          THE COURT REPORTER:  Ma'am.

3          THE COURT:  Ms. Guillard, you'll have to start your

4 statement over again.  And try to speak more slowly.

03:00:06  5          MS. GUILLARD:  Okay.  I do -- I am aware that he's not

6 a party.  But 1985 claims and 83 claims allows for damages to be

7 recovered for my son as well.  As intentional infliction of

8 emotional distress, a parent is allowed to be --

9          THE COURT:  Slow down.  Slow down.  Slow down.

03:00:24  10         MS. GUILLARD:  As a parent, I'm allowed to speak on

11 behalf of my son -- or to claim on behalf of my son.

12         THE COURT:  I don't think you are unless -- is he a

13 minor?

14         MS. GUILLARD:  He is.

03:00:37  15         THE COURT:  How old is he?

16         MS. GUILLARD:  He's 17 now.

17         THE COURT:  Well, it's very tricky to win a recovery

18 for somebody that's not even part of the lawsuit.  Class action

19 is one method of approaching that end, but it's -- it is not a

03:01:00  20 class action lawsuit yet.

21           I'm afraid I'm going to have to grant the motions

22 to dismiss with prejudice.  I do wish you well.  You have my

23 every sympathy, Ms. Guillard.  You really do.

24          Thank you so much.

03:01:19  25         MS. GUILLARD:  What is that doing for me?

1      (Proceedings concluded at 3:01 p.m.)

2

3

4

5

6

7                    C E R T I F I C A T E

8

9      I certify that the foregoing is a correct transcript

10  from the record of proceedings in the above-entitled matter, to

11  the best of my ability.

12      This record was taken through video or telephone

13  conference which may have affected the quality of the record.

14

15  By: /s/*Gayle L. Dye*                    *06-26-2024*

16          Gayle L. Dye, CSR, RDR, CRR        Date

17

18

19

20

21

22

23

24

25

                Gayle Dye, CSR, RDR, CRR - 713.250.5582

# #

**#942** [1] - 1:16

# $

**$80** [1] - 20:15

# /

**/s/Gayle** [1] - 22:15

# 0

**06-26-2024** [1] - 22:15

# 1

**1** [4] - 1:7, 1:19, 3:20, 5:14
**1000** [1] - 2:5
**11** [1] - 6:13
**12** [2] - 5:5, 5:7
**12(b)(6** [4] - 4:17, 4:24, 10:14, 12:5
**14** [1] - 6:12
**1681** [1] - 9:9
**1681n** [3] - 8:24, 9:4, 11:22
**17** [2] - 7:8, 21:16
**18** [1] - 7:25
**1983** [7] - 5:14, 5:22, 7:5, 7:16, 7:22, 11:5, 14:15
**1985** [9] - 6:17, 6:24, 7:2, 11:5, 14:13, 14:15, 17:7, 18:3, 21:6
**1986** [4] - 6:17, 7:3, 11:6, 14:14

# 2

**20** [3] - 7:5, 9:6, 15:24
**2024** [2] - 1:7, 3:2
**228-0735** [2] - 20:3, 20:5
**23** [1] - 10:13
**2300** [1] - 1:22
**25** [1] - 18:17
**2:32** [1] - 1:8

# 3

**3200** [1] - 1:21
**3262** [1] - 1:16
**337.372.3181** [1] - 1:17
**3:01** [1] - 22:1

# 4

**4** [3] - 1:7, 3:2, 6:15
**4000** [1] - 2:6
**42** [2] - 14:12, 14:14

# 5

**515** [1] - 2:15

# 6

**6** [1] - 8:19
**62** [1] - 8:25
**628.0735** [1] - 20:4

# 7

**713** [2] - 20:3, 20:5
**713.250.5582** [1] - 2:16
**713.877.1112** [1] - 1:23
**713.877.1138** [1] - 1:23
**713.890.5000** [1] - 2:7
**713.890.5474** [1] - 2:7
**77002** [2] - 2:6, 2:16
**77027-7525** [1] - 1:22
**77098** [1] - 1:17

# 8

**8004** [1] - 2:15
**83** [1] - 21:6

# A

**ability** [1] - 22:11
**able** [1] - 19:25
**above-entitled** [1] - 22:10
**absolutely** [1] - 9:12
**accountability** [1] - 19:8
**act** [1] - 14:19
**acted** [3] - 11:9, 11:17, 13:4
**action** [13] - 4:18, 4:25, 7:4, 7:22, 9:7, 9:10, 9:15, 9:21, 10:15, 18:4, 19:14, 21:18, 21:20
**Action** [1] - 1:5
**actions** [1] - 13:3
**actor** [1] - 11:15
**actors** [2] - 11:9, 11:17
**add** [3] - 3:24, 13:11, 14:1
**added** [2] - 13:13, 13:24
**additional** [1] - 11:20
**additionally** [1] - 5:8
**adhere** [1] - 12:11
**admission** [1] - 7:5
**affected** [1] - 22:13
**affiliate** [1] - 9:17
**affirmed** [1] - 5:12
**afraid** [2] - 16:11, 21:21
**afternoon** [4] - 3:3, 3:15, 3:18, 3:19
**agency** [6] - 9:2, 9:12, 14:21, 15:16, 16:8
**agreement** [2] - 12:9, 14:17
**ahead** [2] - 4:6, 15:11
**AIDED** [1] - 1:25
**aimed** [1] - 6:7
**airbnb** [1] - 20:15
**Alexander** [1] - 5:4
**allegation** [6] - 8:12, 8:17, 8:23, 9:12, 9:18, 16:6

**allegations** [5] - 8:20, 10:4, 10:6, 11:16, 13:2
**allege** [6] - 7:6, 14:10, 14:16, 14:20, 15:15, 18:21
**alleged** [4] - 7:22, 8:8, 11:12, 14:12
**alleges** [3] - 7:21, 8:25, 9:15
**allowed** [2] - 21:8, 21:10
**allows** [1] - 21:6
**alterego** [1] - 9:20
**alternative** [1] - 4:14
**amend** [2] - 4:22, 10:11
**amended** [2] - 8:25, 15:25
**American** [1] - 17:12
**Andrew** [3] - 1:20, 10:25, 15:7
**andrew** [1] - 3:20
**animus** [5] - 6:17, 14:10, 17:13, 17:14, 17:15
**apartment** [4] - 5:19, 6:1, 8:5, 20:12
**apartments** [1] - 16:1
**apologize** [1] - 10:2
**appeal** [3] - 6:5, 18:2, 18:9
**appealed** [3] - 5:10, 6:3, 6:5
**appeals** [3] - 5:11, 6:4, 18:12
**APPEARANCES** [2] - 1:13, 2:1
**appearances** [1] - 3:5
**appeared** [1] - 8:11
**appellate** [1] - 18:14
**applications** [1] - 5:3
**applied** [2] - 5:15, 7:15
**applies** [2] - 7:11, 7:13
**apply** [2] - 9:4
**approaching** [1] - 21:19
**appropriate** [1] - 11:25
**area** [4] - 16:16, 16:19, 16:20, 18:18
**argues** [2] - 5:18, 7:12
**argument** [4] - 6:8, 8:10, 9:1, 10:4
**arguments** [3] - 6:16, 13:19, 13:24
**arise** [1] - 12:5
**arodriguez@donatobrown.com** [1] - 1:24
**ASHLEY** [1] - 1:14
**Ashley** [1] - 1:15
**association** [1] - 6:20
**AT** [2] - 1:7, 1:19
**attempts** [1] - 4:10
**available** [1] - 12:17
**aware** [6] - 10:19, 11:12, 11:14, 12:15, 21:5

# B

**bald** [1] - 8:20
**based** [7] - 12:16, 14:11, 17:10, 17:13, 17:14, 17:15, 21:1
**basis** [1] - 11:14
**BEFORE** [1] - 1:11
**beginning** [2] - 3:6, 12:8
**behalf** [3] - 15:8, 21:11
**belief** [1] - 6:19

bench [1] - 18:17
benefit [1] - 18:13
best [2] - 13:3, 22:11
better [1] - 18:18
between [4] - 9:16, 11:13, 12:9, 14:17
beyond [1] - 12:5
black [2] - 17:12, 17:17
Bockius [1] - 3:16
BOCKIUS [1] - 2:5
breach [3] - 9:15, 12:2, 12:8
bribed [2] - 8:13, 8:18
brief [10] - 5:6, 5:7, 5:18, 6:13, 7:8, 8:1, 8:20, 9:7, 9:17, 10:13
briefly [2] - 4:4, 15:21
briefs [1] - 14:1
bring [1] - 12:6
brown [1] - 7:8
BROWN [1] - 1:21
BY [2] - 1:12, 1:25

## C

Callaway [2] - 7:9, 7:14
cannot [1] - 11:18
Carchman [1] - 6:25
case [23] - 3:6, 5:5, 5:6, 6:10, 6:12, 6:13, 6:15, 6:22, 6:24, 6:25, 7:2, 7:3, 7:7, 7:9, 7:14, 7:25, 8:2, 8:19, 8:22, 9:6, 10:12, 20:1
cases [3] - 5:3, 5:4, 9:23
caught [1] - 18:22
caused [1] - 13:5
causes [6] - 4:18, 4:25, 7:4, 7:21, 9:14, 10:15
certainly [4] - 18:8, 18:9
certify [1] - 22:9
chance [1] - 10:17
character [2] - 12:3, 12:20
characteristics [1] - 6:19
characterized [2] - 6:18, 6:19
Cherry [1] - 7:25
choice [1] - 19:13
circuit [5] - 6:10, 6:11, 6:24, 6:25, 7:10
Circuit [3] - 6:13, 6:23, 9:25
Circuit's [1] - 9:23
circumstances [1] - 20:16
cite [3] - 7:8, 8:19, 9:6
cited [1] - 5:5
cites [2] - 6:9, 7:9
citizens [4] - 11:9, 17:23, 17:25, 18:1
civil [1] - 5:4
Civil [1] - 1:5
claim [14] - 4:15, 4:17, 11:21, 12:6, 12:17, 12:18, 12:20, 12:22, 12:24, 13:3, 14:15, 14:19, 17:8, 21:11
claimed [1] - 13:7
claims [18] - 4:10, 11:3, 11:4, 11:19, 11:20, 12:1, 12:3, 13:12, 13:15, 13:19, 14:9, 14:16, 18:11, 18:20, 21:6

clarity [1] - 15:9
class [12] - 6:23, 14:11, 17:10, 17:14, 17:15, 17:21, 17:22, 17:25, 18:1, 21:18, 21:20
class-based [4] - 14:11, 17:10, 17:14, 17:15
classes [1] - 6:21
clear [3] - 10:6, 15:2, 19:5
clearly [1] - 11:7
cognizable [2] - 7:16, 9:20
color [2] - 11:10, 11:17
competent [1] - 18:16
complaint [7] - 8:25, 14:4, 14:24, 15:10, 15:18, 15:25, 17:4
compliant [1] - 16:1
COMPLIANT [2] - 1:8, 2:3
Compliant [2] - 3:17, 4:4
COMPUTER [1] - 1:25
COMPUTER-AIDED [1] - 1:25
conclude [1] - 13:18
concluded [1] - 22:1
conclusory [1] - 4:19
conduct [5] - 9:11, 13:5, 13:8, 13:9
conference [1] - 22:13
confusion [1] - 17:1
considering [1] - 20:16
consistent [1] - 5:3
conspiracy [5] - 8:21, 11:12, 11:15, 14:12, 17:4
conspired [1] - 17:2
constitutional [4] - 7:18, 7:22, 11:4, 17:9
consumer [1] - 16:3
consumer's [1] - 9:11
contact [1] - 19:25
context [1] - 7:13
continued [1] - 2:2
contract [5] - 9:15, 9:16, 12:2, 12:8, 12:12
convicted [1] - 5:9
conviction [3] - 5:12, 5:17, 5:23
convoluted [1] - 16:20
corporation [1] - 7:15
corporations [1] - 7:13
corpus [1] - 5:21
correct [2] - 19:9, 22:9
correcting [1] - 19:12
cost [1] - 18:12
Counsel [1] - 11:2
counsel [3] - 3:5, 3:20, 10:24
county [2] - 6:3, 10:5
County [2] - 4:11, 5:10
COURT [51] - 1:1, 2:14, 3:3, 3:8, 3:10, 3:12, 3:14, 3:22, 4:1, 4:6, 8:14, 10:1, 10:19, 10:22, 13:21, 14:8, 15:1, 15:4, 15:6, 15:13, 15:15, 15:18, 15:22, 16:10, 16:13, 16:24, 17:6, 17:10, 17:20, 17:24, 18:1, 18:6, 18:8, 18:25, 19:15, 19:17, 19:20, 19:24, 20:5, 20:7,

20:9, 20:11, 20:17, 20:19, 20:24, 21:2, 21:3, 21:9, 21:12, 21:15, 21:17
court [4] - 4:11, 5:4, 5:10, 5:11, 5:21, 6:2, 6:3, 6:4, 10:5, 18:2, 18:11, 18:14
Court [15] - 4:12, 4:14, 4:20, 5:13, 5:14, 5:22, 6:6, 10:9, 10:10, 10:11, 10:14, 10:17, 11:13, 13:19, 18:3
Court's [2] - 4:22, 5:8
Courts [1] - 6:21
credit [9] - 8:24, 9:2, 9:12, 11:21, 14:19, 14:21, 15:16, 16:8
crime [1] - 5:9
CRR [2] - 2:15, 22:16
crucial [1] - 11:7
CSR [2] - 2:15, 22:16
cure [3] - 4:24, 10:15, 12:14

## D

daily [1] - 20:14
damages [3] - 5:14, 5:21, 21:6
Date [1] - 22:16
David [1] - 11:12
DAVID [1] - 1:8
dealing [1] - 19:5
defamation [3] - 10:3, 12:3, 12:20
defamatory [1] - 12:22
default [1] - 16:2
defects [1] - 14:9
defendant [4] - 3:17, 7:16, 10:23, 12:21
DEFENDANT [1] - 2:3
defendant's [2] - 13:3, 14:12
Defendants [1] - 1:9
defendants [10] - 3:14, 3:23, 3:24, 11:8, 11:13, 12:9, 14:17, 14:20, 15:1, 15:15
DEFENDANTS [1] - 1:19
deficiencies [1] - 4:24
deficiency [1] - 10:15
derivative [1] - 14:14
detached [1] - 5:1
detailed [1] - 10:16
devastating [1] - 19:1
different [3] - 9:8, 14:6, 16:5
disagree [1] - 16:23
discrimination [2] - 14:11, 17:10
discussed [1] - 13:15
dismiss [6] - 3:23, 4:15, 4:20, 10:9, 13:19, 21:22
dismissal [5] - 4:21, 4:23, 10:10, 10:12
dismissed [8] - 4:9, 4:15, 4:16, 5:15, 8:4, 10:17, 11:14, 11:19
dismisses [1] - 10:14
dispute [3] - 14:20, 15:16, 16:7
distress [7] - 9:22, 12:3, 12:25, 13:6, 13:7, 20:23, 21:8
DISTRICT [2] - 1:1, 1:2
district [2] - 5:10, 5:11
DIVISION [1] - 1:3
doctrine [2] - 4:13, 5:2

**DONATO** [1] - 1:21
**down** [3] - 21:9
**dressed** [1] - 5:3
**due** [1] - 7:24
**duty** [1] - 14:21
**DYE** [1] - 2:15
**Dye** [2] - 22:15, 22:16

## E

**Earnest** [1] - 6:22
**economic** [2] - 6:21, 6:23
**efforts** [1] - 18:17
**either** [1] - 4:18
**element** [1] - 11:8
**ELLISON** [1] - 1:11
**Ellison** - 3:4
**emotional** [7] - 9:22, 12:2, 12:25, 13:5, 13:7, 20:23, 21:8
**empathize** [1] - 16:13
**empathy** [1] - 18:25
**employed** [2] - 20:7, 20:9
**end** [1] - 21:19
**enterprise** [1] - 9:20
**entirely** [1] - 18:16
**entitled** [4] - 8:13, 8:18, 18:9, 22:10
**error** [1] - 19:9
**Eskridge** [1] - 5:5
**Evelyn** [1] - 5:11
**evicted** [2] - 11:23, 19:11
**eviction** [20] - 4:11, 5:3, 6:2, 8:3, 8:6, 8:7, 8:9, 11:22, 11:24, 11:25, 12:15, 14:3, 16:2, 16:14, 17:3, 19:4, 19:10, 19:11
**evidence** [2] - 13:1, 17:17
**exact** [1] - 6:6
**exception** [2] - 6:9, 6:14
**excuse** [2] - 3:20, 12:18
**existed** [1] - 8:21
**exists** [1] - 9:7
**experiences** [1] - 16:15
**explain** [1] - 20:2
**extent** [1] - 7:15
**extreme** [1] - 13:4

## F

**face** [1] - 16:15
**fact** [1] - 14:2
**facts** [5] - 8:2, 12:6, 13:2, 14:16, 18:19
**fail** [1] - 17:3
**failed** [2] - 12:11, 14:10
**fails** [3] - 12:17, 12:23, 14:15
**failure** [4] - 4:17, 4:24, 10:15, 12:18
**fair** [1] - 14:19
**fairly** [1] - 16:20
**false** [2] - 11:21, 17:2
**far** [1] - 12:20
**fast** [1] - 20:25

**FAX** [1] - 1:23
**FCRA** [1] - 14:22
**federal** [3] - 5:4, 14:5, 17:2
**Feldman** [6] - 4:13, 5:2, 5:15, 6:7, 6:9, 6:14
**few** [1] - 4:8
**Fifth** [6] - 6:13, 6:22, 9:23, 9:25
**file** [2] - 5:20, 19:13
**filing** [1] - 17:2
**filler** [1] - 9:24
**finally** [2] - 12:1, 13:11
**First** [1] - 6:4
**first** [10] - 4:9, 5:10, 8:3, 8:5, 8:7, 8:25, 9:2, 9:15, 12:8, 15:24
**fix** [1] - 14:25
**footnote** [1] - 6:13
**FOR** [3] - 1:14, 1:19, 2:3
**force** [1] - 7:19
**foregoing** [1] - 22:9
**Fourteenth** [1] - 6:4
**framework** [2] - 7:10, 7:14
**fraud** [2] - 6:9, 6:13
**free** [1] - 19:21
**Freeway** [1] - 1:21
**frivolous** [1] - 16:2
**FROM** [1] - 1:25
**functionally** [1] - 6:11
**funds** [1] - 17:2
**furnisher** [1] - 9:1, 9:10, 9:11
**furnishers** [4] - 9:5, 9:8, 16:6, 16:9
**futile** [2] - 4:23, 10:12

## G

**gap** [1] - 9:24
**gap-filler** [1] - 9:24
**Gayle** [1] - 22:16
**GAYLE** [1] - 2:15
**generally** [3] - 8:11, 9:7, 14:9
**given** [3] - 11:8, 12:13
**Gonzalez** [1] - 5:6
**grant** [2] - 10:9, 21:21
**granted** [3] - 4:18, 12:19, 12:23
**great** [2] - 16:21, 18:25
**GREENWAY** [2] - 1:7, 1:19
**Greenway** [9] - 3:21, 9:18, 9:19, 11:17, 13:10, 13:13, 13:20, 15:8, 16:1
**greenway** [1] - 10:25
**GUILLARD** [36] - 1:4, 3:11, 3:13, 13:23, 14:23, 15:10, 15:14, 15:17, 15:19, 16:12, 16:23, 16:25, 17:7, 17:14, 17:22, 17:25, 18:5, 18:7, 18:24, 19:2, 19:16, 19:19, 19:23, 20:4, 20:6, 20:8, 20:10, 20:14, 20:18, 20:22, 21:1, 21:5, 21:10, 21:14, 21:16, 21:25
**Guillard** [10] - 1:15, 3:4, 3:6, 3:12, 13:22, 16:11, 18:23, 19:18, 21:3, 21:23

## H

**H-23-CV-2013** [1] - 1:6
**habeas** [1] - 5:21
**Hadzi** [1] - 6:12
**Hadzi-Tanovic** [1] - 6:12
**hard** [2] - 14:10, 16:19
**Harris** [4] - 4:11, 5:10, 7:7, 7:14
**HEARING** [1] - 1:12
**held** [4] - 6:21, 6:24, 7:1, 7:16
**HELD** [3] - 1:11, 1:12, 1:25
**help** [1] - 19:21
**herself** [1] - 16:18
**hi** [1] - 13:23
**himself** [1] - 16:18
**hire** [1] - 7:24
**holds** [3] - 7:2, 8:20, 9:7
**holmes** [1] - 7:24
**Honor** [17] - 3:15, 3:18, 3:19, 3:25, 4:3, 4:5, 4:7, 5:2, 10:2, 10:21, 10:24, 12:25, 13:11, 13:18, 15:20, 15:23, 15:24
**HONORABLE** [1] - 1:11
**HORWITZ** [9] - 3:15, 3:25, 4:3, 4:7, 8:16, 10:2, 10:21, 15:20, 15:23
**Horwitz** [5] - 2:4, 3:16, 4:4, 11:2, 15:20
**house** [3] - 18:25, 19:1, 19:2
**HOUSING** [2] - 1:7, 1:19
**housing** [3] - 3:21, 19:3
**Housing** [2] - 10:25, 16:1
**HOUSTON** [1] - 1:3
**Houston** [8] - 1:7, 1:17, 1:22, 2:6, 2:16, 5:11, 19:17, 19:20

## I

**identify** [2] - 4:1
**illegally** [1] - 4:19
**imagine** [1] - 18:15
**immaterial** [1] - 5:20
**immunity** [2] - 10:7, 11:15
**immutable** [1] - 6:18
**imposes** [1] - 16:6
**inaccurately** [1] - 16:3
**included** [1] - 11:11
**inextricably** [3] - 4:10, 5:16, 5:22
**infliction** [5] - 9:22, 12:2, 12:24, 20:22, 21:7
**information** [2] - 9:1, 12:16
**informed** [1] - 19:11
**inherited** [1] - 6:18
**initiated** [1] - 16:7
**instance** [1] - 9:2
**instead** [2] - 14:3, 19:12
**insufficient** [4] - 7:23, 8:8, 8:10, 8:21
**insufficiently** [2] - 4:25, 10:16
**intent** [2] - 17:5, 17:7
**intentional** [7] - 9:22, 12:2, 12:24, 13:8, 14:4, 20:22, 21:7

**intentionally** [1] - 13:4
**interrupt** [1] - 3:19
**intertwined** [3] - 4:10, 5:17, 5:23
**invalid** [3] - 4:19, 4:25, 10:16
**invalidity** [2] - 11:2, 11:3
**invented** [1] - 17:8
**invidious** [1] - 14:11
**Iqbal** [1] - 8:19
**issue** [2] - 5:24, 19:4
**issues** [3] - 5:16, 5:23, 6:1
**itself** [1] - 6:11

### J

**John** [2] - 2:4, 3:16
**john.petrelli@morganlewis.com** [1] - 2:8
**Johnson** [1] - 6:12
**joint** [1] - 9:20
**Judge** [3] - 5:5, 5:6, 11:12
**JUDGE** [1] - 1:8
**judge** [5] - 7:8, 8:13, 8:18, 11:14, 14:17
**judgment** [1] - 12:16
**judgments** [1] - 16:2
**judicial** [3] - 10:5, 10:6, 11:14
**June** [2] - 1:7, 3:2
**jurisdiction** [1] - 4:12
**jurisdictional** [3] - 4:16, 4:22, 10:12
**justice** [3] - 6:2, 7:24, 10:5
**Justice** [2] - 5:11, 5:13

### K

**Keith** [1] - 3:3
**KEITH** [1] - 1:11
**Keyes** [3] - 5:9, 5:12, 5:13
**kind** [1] - 16:18

### L

**lack** [1] - 11:7
**lacked** [1] - 4:12
**landlord** [2] - 9:18, 20:12
**lastly** [2] - 9:14, 10:3
**laughed** [1] - 19:11
**launchpad** [1] - 18:3
**law** [5] - 11:10, 11:18, 11:22, 16:16, 18:22
**lawsuit** [5] - 13:14, 20:20, 21:18, 21:20
**lawsuits** [1] - 18:2
**lawyer** [1] - 16:17
**lawyers** [2] - 19:18, 19:20
**lease** [1] - 12:9
**leasing** [3] - 14:25, 15:11, 15:14
**least** [3] - 14:17, 18:12, 20:1
**leave** [2] - 4:22, 10:11
**left** [1] - 19:13
**legal** [3] - 11:3, 16:22, 19:21
**legally** [2] - 4:25, 10:16
**level** [3] - 12:4, 12:5, 12:7

**Lewis** [1] - 3:16
**LEWIS** [1] - 2:5
**liability** [3] - 7:7, 14:14, 14:15
**life's** [1] - 16:14
**limit** [1] - 18:19
**limited** [1] - 9:10
**literally** [1] - 17:1
**litigants** [1] - 19:21
**litigated** [4] - 4:11, 6:2, 6:3, 8:11
**litigation** [1] - 16:18
**live** [1] - 16:15
**LLC** [6] - 1:7, 1:8, 1:19, 2:3, 3:17, 4:4
**LLP** [5] - 1:7, 1:19, 2:5, 3:16, 3:21
**look** [1] - 15:19
**losing** [4] - 18:25, 19:1, 19:2, 19:3
**Louisiana** [1] - 2:5
**lower** [1] - 20:15
**Lynch** [1] - 8:19

### M

**Ma'am** [2] - 20:24, 21:2
**ma'am** [3] - 3:10, 20:7, 20:25
**main** [1] - 4:8
**maker** [3] - 7:17, 7:19
**Maki** [1] - 6:24
**manager** [1] - 15:14
**matter** [4] - 4:12, 7:10, 11:22, 22:10
**mean** [1] - 20:18
**meaning** [1] - 11:15
**MEANS** [1] - 1:25
**meet** [1] - 12:4
**mentioned** [2] - 14:1, 20:19
**mere** [1] - 17:7
**method** [1] - 21:19
**METRO** [2] - 1:7, 1:19
**Metro** [7] - 3:20, 9:17, 9:19, 10:24, 11:4, 13:9, 15:25
**Miller** [1] - 5:6
**million** [1] - 5:14
**minor** [2] - 13:13, 21:13
**minor's** [2] - 13:12, 13:16
**minority** [1] - 17:11
**MOEHLMANN** [1] - 1:21
**Monell** [3] - 7:10, 7:12, 7:17
**money** [2] - 5:21, 19:6
**moot** [1] - 13:17
**moreover** [2] - 7:21, 8:2
**Morgan** [1] - 3:16
**MORGAN** [1] - 2:5
**most** [2] - 16:14, 18:2
**MOTION** [1] - 1:12
**motion** [3] - 3:23, 4:8, 10:9
**motions** [1] - 21:21
**moving** [3] - 7:19, 11:21, 12:1
**MR** [15] - 3:15, 3:18, 3:25, 4:3, 4:7, 8:16, 10:2, 10:21, 10:24, 15:2, 15:7, 15:20, 15:23, 19:16, 19:23
**MS** [33] - 3:11, 3:13, 13:23, 14:23,

15:10, 15:14, 15:17, 15:19, 16:12, 16:23, 16:25, 17:7, 17:14, 17:22, 17:25, 18:5, 18:7, 18:24, 19:2, 19:19, 20:4, 20:6, 20:8, 20:10, 20:14, 20:18, 20:22, 21:1, 21:5, 21:10, 21:14, 21:16, 21:25
**msashleyjt@gmail.com** [1] - 1:18
**municipal** [1] - 7:13

### N

**narrative** [1] - 14:3
**NATIONWIDE** [2] - 1:8, 2:3
**Nationwide** [1] - 3:17
**nationwide** [2] - 4:4, 16:1
**native** [1] - 17:12
**need** [1] - 19:22
**never** [3] - 19:3, 19:4, 19:11
**new** [1] - 20:12
**Noah** [4] - 2:4, 3:15, 4:3, 15:20
**noah.horwitz@morganlewis.com** [1] - 2:8
**non** [1] - 14:16
**non-speculative** [1] - 14:16
**none** [2] - 7:20, 13:24
**nothing** [1] - 14:6
**notice** [4] - 12:13, 14:20, 15:16, 16:9
**notified** [5] - 9:11, 14:24, 15:11, 15:25
**notify** [2] - 14:25, 15:13
**nuanced** [1] - 16:17
**number** [4] - 15:19, 16:3, 19:24, 20:3
**NWC** [14] - 4:7, 4:20, 7:7, 8:12, 8:17, 9:1, 9:2, 9:4, 9:15, 9:16, 9:17, 10:4, 10:8, 10:10
**NWC's** [1] - 9:19

### O

**obviously** [1] - 12:9
**occasionally** [1] - 13:12
**occasions** [1] - 17:19
**occurred** [2] - 11:23, 12:15
**occurs** [1] - 9:11
**OF** [2] - 1:2, 1:11
**offer** [2] - 16:22, 18:25
**offered** [1] - 7:24
**office** [3] - 14:25, 15:11, 15:14
**old** [1] - 21:15
**one** [11] - 8:7, 8:23, 10:17, 12:10, 14:8, 14:18, 16:14, 18:17, 18:21, 21:19
**ones** [1] - 18:18
**opening** [6] - 5:6, 5:7, 7:8, 7:25, 9:7, 10:13
**opinion** [1] - 7:24
**opportunity** [1] - 12:14
**organization** [1] - 19:21
**organizers** [1] - 7:1
**ought** [1] - 11:19
**outrageous** [1] - 13:5
**overruled** [1] - 6:11

## P

**p.m** [2] - 1:8, 22:1
**page** [13] - 5:5, 5:7, 6:12, 6:15, 7:5, 7:8, 7:9, 7:25, 8:19, 9:6, 10:13, 15:19, 15:24
**papers** [3] - 3:23, 3:24, 18:16
**paragraph** [1] - 8:24
**parent** [2] - 21:8, 21:10
**part** [4] - 9:8, 13:9, 20:20, 21:18
**particular** [1] - 14:21
**parties** [1] - 3:6
**party** [2] - 13:14, 21:6
**PATRONELLA** [1] - 1:8
**pay** [1] - 20:15
**paying** [1] - 12:12
**people** [1] - 19:5
**perturbative** [2] - 8:12, 8:17
**Petrelli** [2] - 2:4, 3:16
**Petronella** [2] - 11:12, 11:14
**phone** [1] - 19:24
**picked** [1] - 18:11
**plainly** [1] - 9:3
**plaintiff** [19] - 5:25, 6:8, 7:12, 8:4, 8:23, 9:14, 9:16, 9:21, 10:3, 11:18, 11:23, 12:10, 12:13, 12:14, 12:22, 13:5, 16:7, 16:20
**Plaintiff** [2] - 1:5, 7:20
**PLAINTIFF** [1] - 1:14
**plaintiff's** [12] - 4:8, 4:18, 5:18, 6:16, 7:4, 8:25, 11:7, 12:3, 13:7, 13:16, 13:19, 15:24
**plausibility** [1] - 8:18
**pleaded** [1] - 7:20
**pleadings** [8] - 11:7, 12:4, 13:1, 13:8, 13:16, 13:25, 17:13, 20:20
**pleads** [3] - 9:18, 9:21, 15:25
**pled** [1] - 12:6
**point** [1] - 15:21
**points** [2] - 4:8, 11:1
**policy** [5] - 7:17, 7:18, 7:19
**political** [1] - 6:19
**POOL** [1] - 1:21
**poor** [1] - 6:23
**precedent** [5] - 4:22, 5:8, 5:20, 7:1, 9:23
**prejudice** [6] - 4:21, 6:18, 10:11, 10:17, 13:20, 21:22
**present** [1] - 18:2
**prevent** [1] - 17:8
**preventing** [1] - 6:7
**prisoner** [1] - 5:9
**private** [3] - 7:15, 9:10, 11:9
**PRO** [1] - 1:15
**pro** [2] - 16:20, 18:17
**proceeding** [3] - 8:7, 10:7, 11:22
**PROCEEDINGS** [3] - 1:11, 1:25, 3:1
**proceedings** [5] - 8:3, 10:5, 12:15, 22:1, 22:10
**process** [4] - 7:23, 7:24, 8:8, 8:10

**PRODUCED** [1] - 1:25
**profit** [1] - 17:9
**program** [3] - 17:2, 19:18, 19:20
**promising** [1] - 20:1
**promulgated** [2] - 7:18, 7:19
**proper** [1] - 13:14
**properly** [1] - 13:13
**prosecution** [1] - 8:4
**provided** [1] - 16:9
**provides** [1] - 19:21
**publication** [1] - 12:21
**put** [2] - 14:23, 15:10

## Q

**quality** [1] - 22:13
**quite** [1] - 11:11
**quote** [1] - 6:18

## R

**race** [1] - 17:13
**race-based** [1] - 17:13
**racial** [2] - 6:17, 14:10
**rate** [1] - 20:15
**ratio** [1] - 18:13
**RDR** [2] - 2:15, 22:16
**read** [3] - 3:23, 18:16, 20:5
**really** [2] - 16:13, 21:23
**reason** [1] - 14:1
**reasons** [5] - 4:9, 4:16, 10:8, 17:21, 20:2
**rebuttal** [1] - 14:2
**received** [2] - 14:20, 15:15
**reckless** [1] - 13:9
**recognized** [4] - 6:14, 17:11, 17:20, 18:3
**recommended** [3] - 19:15, 19:17, 19:22
**record** [5] - 3:4, 19:4, 22:10, 22:12, 22:13
**RECORDED** [1] - 1:25
**recovered** [1] - 21:7
**recovery** [1] - 21:17
**references** [1] - 13:12
**referred** [1] - 13:15
**refused** [2] - 12:14, 19:7, 19:8
**regard** [5] - 11:2, 11:20, 22:22, 13:2, 13:16
**regarding** [3] - 13:3, 16:2, 17:1
**reiterate** [2] - 4:8, 11:1
**reiterating** [1] - 14:2
**relate** [1] - 6:1
**relationship** [1] - 9:19
**relief** [7] - 4:17, 12:19, 12:23, 14:9, 16:22, 18:14, 18:20
**religitate** [3] - 4:10, 5:16, 6:1
**relitigation** [1] - 6:7
**REMOTELY** [2] - 1:11, 1:25
**removed** [1] - 8:5

**rendered** [1] - 12:16
**rent** [1] - 12:12
**rental** [1] - 20:14
**repeated** [2] - 4:24, 10:15
**replead** [1] - 10:18
**reply** [2] - 6:15, 8:20
**report** [2] - 16:4, 19:10
**reported** [1] - 16:3
**REPORTER** [5] - 2:14, 8:14, 15:4, 20:24, 21:2
**reporting** [10] - 8:24, 9:2, 9:12, 11:21, 11:24, 14:19, 14:21, 15:16, 16:8
**represent** [1] - 12:10
**requesting** [1] - 15:9
**requests** [2] - 10:8, 10:10
**require** [2] - 6:17, 12:4
**required** [2] - 14:12, 14:21
**requirement** [1] - 16:5
**requirements** [2] - 12:4, 12:11
**requires** [1] - 7:17
**respectfully** [2] - 4:20, 10:8
**respond** [2] - 13:22, 15:21
**respondeat** [1] - 7:6
**responded** [1] - 14:7
**response** [5] - 3:7, 3:9, 5:18, 7:5, 9:17
**result** [1] - 13:8
**resulted** [1] - 8:9
**return** [1] - 5:25
**rights** [8] - 5:4, 13:16, 14:5, 17:9, 17:16, 17:17, 17:18, 19:6
**Rios** [1] - 9:6
**rise** [1] - 17:3
**Road** [1] - 1:16
**Rodriguez** [4] - 1:20, 3:20, 10:25, 15:7
**RODRIGUEZ** [4] - 3:18, 10:24, 15:2, 15:7
**Rooker** [6] - 4:13, 5:2, 5:15, 6:7, 6:9, 6:14
**Rooker-Feldman** [6] - 4:13, 5:2, 5:15, 6:7, 6:9, 6:14
**Room** [1] - 2:15
**rule** [1] - 7:9
**Rule** [3] - 4:16, 4:23, 10:14
**rules** [1] - 18:18
**Rusk** [1] - 2:15

## S

**s-2** [2] - 9:9, 16:6
**salient** [1] - 5:9
**SE** [1] - 1:15
**se** [2] - 16:20, 18:17
**searing** [1] - 16:14
**second** [1] - 4:14
**Section** [3] - 6:16, 7:5, 11:5
**section** [6] - 6:17, 6:24, 7:16, 8:23, 9:4, 11:5, 11:22
**see** [2] - 17:3, 17:12
**seeking** [2] - 5:19, 6:1

**seem** [1] - 14:9
**self** [1] - 20:9
**self-employed** [1] - 20:9
**sense** [1] - 20:12
**service** [3] - 7:23, 8:8, 8:10
**Seventh** [2] - 6:10, 6:11
**several** [1] - 17:18
**SHF** [4] - 1:7, 1:19, 3:4, 3:20
**shift** [1] - 14:3
**show** [1] - 11:16
**showing** [1] - 14:17
**shown** [1] - 11:18
**simply** [1] - 17:11
**SIMPSON** [2] - 1:7, 1:19
**Simpson** [8] - 3:21, 10:25, 11:4, 11:17, 13:9, 13:13, 15:8, 16:1
**simpson** [1] - 13:20
**situation** [1] - 16:13
**Sixth** [1] - 6:24
**slow** [3] - 21:9
**slowly** [1] - 21:4
**so-called** [1] - 6:9
**someone** [1] - 20:14
**son** [4] - 20:19, 21:7, 21:11
**sorry** [12] - 3:19, 4:3, 8:14, 8:16, 15:2, 15:4, 15:7, 15:12, 16:12, 16:15, 18:6, 20:24
**sort** [10] - 7:6, 11:24, 12:21, 12:23, 13:4, 13:5, 16:7, 16:9, 17:1
**sought** [2] - 5:14, 5:21
**SOUTHERN** [1] - 1:2
**Southwest** [1] - 1:21
**speaking** [4] - 15:4, 15:5, 15:6
**specialist** [1] - 16:19
**specific** [2] - 13:2, 16:16
**speculative** [3] - 12:5, 12:7, 14:16
**standard** [1] - 8:19
**start** [2] - 20:12, 21:3
**state** [8] - 4:17, 9:14, 11:9, 11:15, 11:17, 12:18, 12:23
**statement** [3] - 12:22, 15:9, 21:4
**STATES** [1] - 1:1
**states** [1] - 17:8
**stating** [1] - 19:10
**statute** [3] - 8:24, 9:3, 9:9
**stem** [1] - 10:4
**STENOGRAPHIC** [1] - 1:25
**stop** [1] - 18:10
**strict** [1] - 18:19
**subject** [2] - 4:12, 17:21
**submit** [1] - 14:23
**submits** [1] - 4:21
**subsection** [2] - 9:9, 16:6
**sued** [1] - 5:13
**suffer** [2] - 14:9, 17:11
**sufficient** [1] - 6:22
**suit** [2] - 5:15, 11:11
**Suite** [2] - 1:22, 2:6
**superior** [1] - 7:6

**Supreme** [2] - 6:6, 18:3
**surmount** [1] - 14:10
**sympathy** [2] - 16:21, 21:23

**T**

**Tanovic** [1] - 6:12
**Taylor** [1] - 10:12
**telephone** [1] - 22:12
**TELEPHONE** [1] - 1:12
**temporary** [1] - 20:18
**ten** [1] - 7:4
**tenant** [3] - 7:1, 17:16, 17:18
**tenants** [3] - 6:23, 6:25, 17:15
**terms** [1] - 9:3
**TEXAS** [1] - 1:2
**Texas** [6] - 1:7, 1:17, 1:22, 2:6, 2:16, 6:5
**THE** [53] - 1:11, 1:14, 1:19, 2:3, 3:3, 3:8, 3:10, 3:12, 3:14, 3:22, 4:1, 4:6, 8:14, 10:1, 10:19, 10:22, 13:21, 14:8, 15:1, 15:4, 15:6, 15:13, 15:15, 15:18, 15:22, 16:10, 16:13, 16:24, 17:6, 17:10, 17:20, 17:24, 18:1, 18:6, 18:8, 18:25, 19:15, 19:17, 19:20, 19:24, 20:5, 20:7, 20:9, 20:11, 20:17, 20:19, 20:24, 21:2, 21:3, 21:9, 21:12, 21:15, 21:17
**themselves** [1] - 18:20
**theory** [2] - 9:20
**therefore** [4] - 11:18, 11:24, 12:17, 13:15
**they've** [2] - 13:25
**third** [1] - 6:25
**Thomas** [5] - 5:8, 5:9, 5:13, 5:20
**Thomas's** [1] - 5:15
**threadbare** [1] - 13:2
**three** [1] - 9:14
**timely** [1] - 12:12
**tort** [1] - 9:24
**TRANSCRIPT** [2] - 1:11, 1:25
**transcript** [1] - 22:9
**TRANSCRIPTION** [1] - 1:25
**tricky** [1] - 21:17
**Truong** [1] - 6:15
**try** [2] - 16:17, 21:4
**trying** [2] - 5:16, 14:3
**Tubbs** [1] - 9:23
**twice** [1] - 8:11
**two** [2] - 4:9, 8:3
**type** [1] - 6:6

**U**

**ultimately** [2] - 8:3, 8:5
**under** [26] - 4:12, 4:16, 5:14, 5:19, 5:22, 6:16, 6:22, 6:23, 7:4, 7:7, 7:16, 7:22, 8:19, 8:23, 9:19, 9:22, 9:23, 10:14, 11:5, 11:9, 11:17, 11:22, 14:12, 14:14, 14:15, 14:22
**undertake** [1] - 16:17
**unit** [1] - 11:23

**UNITED** [1] - 1:1
**unjustifiably** [1] - 19:3
**unless** [1] - 21:12
**unlikely** [1] - 18:11
**up** [2] - 5:3, 18:22
**urge** [1] - 18:12
**USC** [2] - 14:13, 14:14

**V**

**valid** [3] - 7:2, 11:25
**value** [1] - 13:24
**versus** [1] - 3:4
**video** [1] - 22:12
**violate** [2] - 16:25, 17:18
**violated** [2] - 17:16
**violating** [1] - 17:8
**violation** [4] - 7:18, 7:25, 14:4, 19:5
**violations** [1] - 7:22
**visit** [1] - 7:10
**volunteer** [2] - 19:18, 19:20
**VS** [1] - 1:6

**W**

**wants** [1] - 4:7
**welcome** [3] - 3:3, 3:12, 3:22
**Westheimer** [1] - 1:16
**William** [1] - 2:4
**win** [1] - 21:17
**wish** [3] - 3:24, 5:25, 21:22
**writ** [1] - 5:21

**Y**

**years** [1] - 18:17
**yourself** [2] - 4:1, 4:2