# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

**CLERK OF COURT**                                                                                   www.txs.uscourts.gov

July 26, 2024

In re: Guillard v. SHF 1 Metro at Greenway LLC et al
District Court No.: 4:23−cv−02013
Circuit Court No.: 24−20260

To Whom It May Concern:

Enclosed is the electronic record on CD for this Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.

Sealed documents are not included in the record being provided unless otherwise ordered or allowed under Fifth Circuit Court Rules. Requests for copies of sealed documents must be made by motion filed with the Fifth Circuit Court of Appeals.

Nathan Ochsner, Clerk

By: Jennifer Longoria, Deputy Clerk